IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | |
| | NO. 5: 05-MJ-03-17 |
| RASHAWN BIVINS, | **VIOLATION:** Theft |
| Defendant | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Defendant RASHAWN BIVINS this day appeared before the undersigned after being taken into custody pursuant to an ORDER AND BENCH WARRANT issued on January 9, 2006. Tab #36. The defendant is before the court to consider whether he has violated conditions of pretrial release imposed him on June 10, 2005, by the Honorable M. Hannah Lauck, U. S. Magistrate Judge for the Eastern District of Virginia. Tab #18, Attachment 3. After hearing from Mr. Doye E. Green, Jr., attorney for defendant Bivins, from Mr. Bivins himself, and from Dietlinde A. Dial, Special Assistant U. S. Attorney, the court concludes that defendant Bivins has failed to maintain contact with his attorney as required by the Order Setting Conditions of Release. Noting a history of difficulty with this defendant's appearing in court and failing to maintain contact with his attorney, the undersigned finds it necessary and appropriate to MODIFY conditions of release heretofore imposed upon him as follows:

> As a condition for release from custody, the defendant shall be required to post a FULLY SECURED BOND in the amount of **FIVE THOUSAND DOLLARS ($5,000.00)**. This bond may be secured by anything of the value of FIVE THOUSAND DOLLARS ($5.000.00) to include, but not be limited to, cash, a commercial bond, real estate, and securities.

All other conditions of release heretofore imposed upon the defendant shall remain in full force and effect.

SO ORDERED AND DIRECTED, this 10th day of JANUARY, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE